

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 24, 2020

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     ***Dermansky v. Verizon Media LLC (1:19-cv-9530-PAE-RWL)***

Dear Judge Lehrburger,

We represent Plaintiff, Julie Dermansky, in the above in-captioned case. We respectfully request leave to file an amended complaint naming Oath Inc. as the correct Defendant in this case.

The Court's consideration is much appreciated.


                                Respectfully submitted,

                                /s/Richard Liebowitz
                                Richard P. Liebowitz

                        *Counsel for Plaintiff Julie Dermansky*

