```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JULIE DERMANSKY,                         :     19 Civ. 9530 (PAE) (RWL)
                                         :
                Plaintiff,               :
                                         :     **ORDER**
        - against -                      :
                                         :
VERIZON MEDIA LLC,                       :
                                         :
                Defendant.               :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's request to amend the complaint is denied. Plaintiff filed this action on October 15, 2019 and has not taken any action until prompted by the Court's April 14, 2020 requesting a status report. Moreover, no affidavit of service has been filed, the 90-day period has elapsed, and the named defendant has not answered or otherwise appeared. Plaintiff may voluntarily discontinue the action without prejudice pursuant to Fed. R. Civ. P. 51 and file a new action with a different defendant.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: April 25, 2020
       New York, New York